IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHARLES A. WILLIAMS,
        Plaintiff,
    v.                                 **Judgment in a Civil Case**
LINETTE JORDAN, SGT. RIDDLEY,
VICTOR SHULTIS, and REGINALD
SPELLER,
        Defendants.                Case Number: 5:14-CT-3091-BO

**Decision by Court.**

The matter comes before the court on plaintiff's unopposed motions for default judgment (DE 168, 170, 172) as to defendant Linette Jordan ("Jordan").

**IT IS ORDERED AND ADJUDGED,** pursuant to the Court's order entered August 30, 2019, defendants Victor Shultis, Sgt. Riddley, and Reginald Speller's motion for summary judgment (DE 140) is GRANTED and plaintiff Charles William's partial motion for summary judgment (DE130) is DENIED. As a result, defendants Spellers, Shultis, and Ridley are DISMISSED from this action. Defendant Jordan remains a defendant.

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff Charles William's motions for default judgment as to defendant Jordan (DE 168, 170, 172) are GRANTED. The court awards plaintiff $10,000.00 in compensatory damages.

This case is closed.

This Judgment Filed and Entered on December 18, 2019, with service on:
Charles Williams (via U.S. Mail)
Linette Jordan (via U.S. Mail)

December 18, 2019 /s/ Peter A. Moore, Jr.
Clerk